UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-226 JRT/FLN

WAYNE MANDERS,

Plaintiff,

v.

U.S. POSTAL SERVICE and
BRIAN EGERSDORF,

Defendants.

ORDER

Upon application of Defendants' no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendants' shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to July 1, 2000.

Dated: 6/1/00

FRANKLIN L. NOEL
United States Magistrate Judge

JUN 02 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK