**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WAYNE MANDERS,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE, WM J. HENDERSON and BRIAN EGERSDORF,

Defendant.

Civil 00-226 (JRT/FLN)

**ORDER OF REFERENCE**

---

Wayne Manders, 8011 Hidden Bay Trail, Lake Elmo, Minneapolis, MN 55042, *pro se* plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste 600, Minneapolis, MN 55415, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant's motion to substitute [Docket No. 11] and motion to dismiss [Docket No. 14] are referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motions.

DATED: July 5, 2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK