# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wayne F. Manders

Case No. Civil 00-226 JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

United States Postal Service,
William J. Henderson, and
Brian Egersdorf

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendants' motion to substitute the United States for defendants is granted; and

2. Defendants' motion to dismiss with prejudice is granted.

DATE: December 26, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(28)